UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY LYNN WOOD,

    Petitioner,

File No. 1:07-cv-263

v.

HON. ROBERT HOLMES BELL

KENNETH MCKEE,

    Respondent.
_____/

# MEMORANDUM OPINION AND ORDER
## ADOPTING THE REPORT AND RECOMMENDATION

On December 9, 2009, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending denial of Petitioner Tracy Lynn Wood's 28 U.S.C. § 2254 petition. (Dkt. No. 20.) No objections have been filed. The Court has reviewed the R&R and will adopt it as the opinion of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt. No. 20) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner Tracy Wood's 28 U.S.C. § 2254 petition (Dkt. No. 1) is **DENIED**.


Dated: January 8, 2010            /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE